UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:18-cv-2150

-----------------------------------------------------------------------x

BRADLEY HACKETT, individually and on behalf
of all others similarly situated,

Plaintiff,

-v.-

FIORELLA INSURANCE AGENCY, INC.,

John Does 1-25

Defendant(s).

-----------------------------------------------------------------------x

**NOTICE OF SETTLEMENT**

Notice is hereby given that Plaintiff Bradley Hackett and Defendant Fiorella Insurance

Agency, Inc. have settled this matter.  The parties anticipate completing settlement documents

and filing a dismissal with the Court within the next sixty (60) days.  The parties request that the

Court retain jurisdiction of this case during said sixty (60) day period.

DATED, this 7th day of May, 2019                    Respectfully Submitted,

**ZEIG LAW FIRM, LLC**

*s/ Justin Zeig*
Justin Zeig, Esq.
3475 Sheridan St, Ste 310
Hollywood, FL 33021
Phone:  754-217-3084
Fax: 954-272-7807
justin@zeiglawfirm.com
*Attorneys for Plaintiff*

1

## **<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on May 7, 2019 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


<u>*s/ Justin Zeig*</u>
Justin Zeig, Esq.