UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

|  |  |  |
|---|---|---|
| Bradley Hackett, individually and on behalf of all others similarly situated, | : | **Case No. 6:18-cv-2150** |
| Plaintiff, | : | CIVIL ACTION |
|  | : |  |
| v. | : |  |
|  | : |  |
| Fiorella Insurance Agency, Inc., |  |  |
| John Does 1-25 | : |  |
| Defendants. | : |  |
|  | : |  |

## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Fiorella Insurance Agency, Inc. shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: June 7, 2019                                                      Respectfully Submitted,

   /s/Justin Zeig
Justin Zeig, Esq.
FL Bar No. 112306
**Zeig Law Firm, LLC**
3475 Sheridan St., Suite 310
Hollywood, FL 33021

justin@zeiglawfirm.com
Tel. 754-217-3084
Fax. 954-272-7807
*Attorneys for Plaintiff*

**Certificate of Service**

I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 7th day of June, 2019                    Respectfully Submitted,

                                              */s/ Justin Zeig*
                                              Justin Zeig, Esq.