# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BRADLEY HACKETT,**

      **Plaintiff,**

v.                                                     Case No:   6:18-cv-2150-Orl-40GJK

**FIORELLA INSURANCE AGENCY,**
**INC. and JOHN DOES 1-25,**

      **Defendants.**

## ORDER

This cause comes before the Court on review of Plaintiff's Notice of Voluntary Dismissal with Prejudice (Doc. 11) filed June 7, 2019.  The notice is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  *See Matthews v. Gaither*, 902 F.2d 877, 880 (11th Circ. 1990) (per curiam).  The Clerk of Court is **DIRECTED** to close the file.

**DATED** in Orlando, Florida, this 10th day of June 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party